**1134**

COM.

v.

**THOMASON, A.**

**260 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/04/2017

CP–51–CR–0500321–2004 (Philadelphia)

Affirmed

COM.

v.

**ILLARIONOV, V.**

**1838 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–15–CR–0001209–2015 (Chester)

Vacated/Remanded

COM.

v.

**SMITH, A.**

**479 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–51–CR–0012108–2014 (Philadelphia)

Affirmed

COM.

v.

**GRINE, L.**

**2028 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–09–CR–0002739–2013 (Bucks)

Affirmed

COM.

v.

**PITTS, D.**

**2124 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–51–CR–1206131–1997,   CP–51–CR–1206141–1997 (Philadelphia)

Affirmed

**IN the INT. OF: T.D.C. & T.C.Q.C., Minor Children**

**1630 EDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–51–AP–0000314–2016 (Philadelphia)

Affirmed